1  ELINOR LEARY, NO. 227232
   FIRST PERSON LEGAL
2  100 Pine Street, Ste 1250
   San Francisco, California 94111
3  Telephone: (415) 745 3595
   team@firstperson.legal
4
   ATTORNEYS FOR PLAINTIFFS
5  M.G., A MINOR BY AND THROUGH
   HER GUARDIAN AD LITEM KIARA
6  CORONADO

*IT IS SO ORDERED*
*Kandis Westmore*
*Judge Kandis Westmore*
*September 19, 2025*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| M.G. A MINOR BY AND HER GUARDAN AD LITEM KIARA CORONADO , | CASE NO. 4:25-cv-1318-KAW |
|---|---|
| Plaintiff, | HON. KANDIS A. WESTMORE |
| v. | **JOINT STIPULATION TO REMAND TO STATE COURT [FRCP 41(a)(1)(A)(ii)]; ORDER** |
| VOICES COLLEGE-BOUND LANGUAGE ACADEMIES, VOICE COLLEGE-BOUND LANGUAGE ACADEMY (WEST CONTRA COSTA), WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, CONTRA COSTA COUNTY OFFICE OF EDUCATION , | |
| Defendants. | |

Plaintiff M.G., a minor by and through her Guardian ad Litem, Kiara Coronado ("Plaintiff"), and Defendants Voices College-Bound Language Academies, Voice College-Bound Language Academy (West Contra Costa), West Contra Costa Unified School District, and Contra Costa County Office of Education (collectively, "Defendants"), by and through their respective counsel, hereby stipulate and jointly request as follows:

**1. Dismissal of Sole Federal Claim:** On September 2, 2025, plaintiff filed a first amended complaint which eliminated plaintiff's previously pled Eighth Cause of Action which alleged a violation of Title IX of the Education Amendments of 1972. This cause of action arose under the Constitution and laws of the United States, and gave this Court original jurisdiction under 28 U.S.C. § 1331 (Federal question.) This cause of action was the sole federal claim in plaintiff's complaint.

**2. Effect on Subject Matter Jurisdiction:** As a result of eliminating the sole federal claim, no federal question remains. This Court no longer has original jurisdiction under 28 U.S.C. § 1331. The remaining claims arise solely under California state law.

**3. Request for Remand:** Pursuant to 28 U.S.C. § 1447(c), the parties respectfully stipulate and request that the Court remand this action to the Superior Court of California, County of Contra Costa, from which it was removed, each party to bear its own costs, expenses and attorney fees. The parties stipulate and agree that remand to state court pursuant to this stipulation is not reviewable on appeal or otherwise pursuant to 28 U.S.C. § 1447(d).

**4. Judicial Economy and Comity:** The interests of judicial economy, fairness, and comity support remand to state court, which is better suited to adjudicate the remaining state law claims.

**5. No Counterclaims:** No counterclaims have been filed by any party, and no further substantive Federal issues remain before this Court.

WHEREFORE, the parties jointly and respectfully request that the Court remand this matter to the Superior Court of California, County of Contra Costa.

**IT IS SO STIPULATED**

DATED:  September 15, 2025        FIRST PERSON LEGAL

By: _____
Elinor Leary
Attorney for PLAINTIFFS M.G., A MINOR BY AND THROUGH HER GUARDIAN AD LITEM KIARA CORONADO

DATED:  September 8, 2025         LEONE ALBERTS & DUUS

By: _____
Brian A. Duus, Esq.
Jimmie E. Johnson, Esq.
Amber L. Smith, Esq
Attorneys for DEFENDANTS WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, CONTRA COSTA COUNTY OFFICE OF EDUCATION

DATED:  September 8, 2025

By: _____
Ronald J. Scholar, Esq
Attorney for DEFENDANTS VOICES COLLEGE-BOUND LANGUAGE ACADEMIES and VOICE COLLEGE-BOUND LANGUAGE ACADEMY (WEST CONTRA COSTA)